IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACK FROST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-cv-00047 |
| | ) | |
| LUIS RIVERA, Star No. 10, BERNARD | ) | |
| FAPSO, Star No. 9504, JOHN BURNS, and | ) | JUDGE NORGLE |
| the CITY OF NORTH CHICAGO, an | ) | |
| Illinois municipal corporation, | ) | |
| | ) | MAGISTRATE KEYS |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

The Plaintiff in this case, Jack Frost, by and through his attorneys, Law Offices of Kevin Rogers and Defendants, Luis Rivera, Bernard Fapso, John Burns and the City of North Chicago, by and through its attorneys, Julie M. Koerner and O'HALLORAN, KOSOFF, GEITNER & COOK, LLC., hereby stipulate to the dismissal of the entirety of this action with prejudice, each party to bear their own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41.

PLAINTIFF:   JACK FROST

By: s/ Kevin Rogers                              Date:   December 1, 2011

Kevin Rogers
Attorneys for Plaintiff
307 N. Michigan Ave., Ste 305
Chicago, IL 60601
T/F   (312) 332-1188   /   (312) 332-0192
email:   kevin@kevinrogerslaw.com

  DEFENDANTS:  LUIS RIVERA, BERNARD FAPSO, JOHN BURNS and the CITY OF NORTH CHICAGO

By: s/ Julie S. Koerner         Date: December 1, 2011

Julie M. Koerner
O'HALLORAN, KOSOFF
650 Dundee Road Suite 475
Northbrook, IL 60062
T / F (847) 291-0200 / (847) 291-9230
Email: jkoerner@okgc.com